[No. 26459-5-II. Division Two. May 24, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYLON B. HUESTIS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 99-1-00841-8, Richard L. Brosey, J., entered September 11, 2000. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Quinn-Brintnall, J.

[No. 26849-3-II. Division Two. May 24, 2002.]

CHRISTINA M. BRISBON, ET AL., *Appellants*, v. BREM-AIR DISPOSAL, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 98-2-02695-4, Leonard W. Costello, J., entered December 8, 2000. *Reversed* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.

[No. 27175-3-II. Division Two. May 24, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. LEIGH S. MORGAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-01184-1, Kitty-Ann van Doorninck, J., entered March 30, 2001. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Seinfeld, J.

[No. 27286-5-II. Division Two. May 24, 2002.]

*In the Matter of the Marriage of* ALVIN M. TUCKER, *Appellant*, and MO NAM TUCKER, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-3-00492-1, Anne Hirsch, J. Pro Tem., entered April 5, 2001. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Quinn-Brintnall, J.